## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ANN MARIE RICKETTS,

              Plaintiff,                          CASE NO. 07-CV-12115

-vs-                                       PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE

COMERICA INCORPORATED,
BARDETTE HICKS, and CHERYL
PETERS,

              Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Before the Court is Defendants November 6, 2007 Motion to Dismiss for failure to

exhaust administrative remedies. (Doc. No. 12). On November 27, 2007, Plaintiff Ann Marie

Ricketts ("Plaintiff") filed a Response in which she stated that she did not oppose the dismissal

of her action. Plaintiff also requested that the Court not award attorney fees and costs to

Defendants.

Since Plaintiff does not oppose the dismissal of her action, the Court **GRANTS**

Defendants' Motion to Dismiss.

**SO ORDERED.**


                                         s/Paul D. Borman_____
                                         PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE

Dated:  December 11, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 11, 2007.

s/Denise Goodine
Case Manager